**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINIOS**

In re: STEFFAN T. PILA, SR.  § Case No. 16-82377
       DEBORAH A. PILA       §
                             §
           Debtor(s)         §

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Lydia S. Meyer, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The Trustee declares as follows:

1) The case was filed on 10/11/2016.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the plan on 03/02/2017, 04/27/2017.

5) The case was dismissed on 07/14/2017.

6) Number of months from filing or conversion to last payment: 8.

7) Number of months case was pending: 11.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $40,523.83.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the Trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

### Receipts:

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor(s) | $ 6,540.00 | |
| Less amount refunded to debtor(s) | $ 2,385.64 | |
| **NET RECEIPTS** | | $ 4,154.36 |

### Expenses of Administration:

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 2,500.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 506.86 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 3,006.86 |
| Attorney fees paid and disclosed by debtor(s): | $ 0.00 | |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| SPRINGER LAW FIRM | Lgl | 4,000.00 | 2,500.00 | 2,500.00 | 2,500.00 | 0.00 |
| B&B JEWELRY & PAWN | Sec | 815.00 | NA | NA | 0.00 | 0.00 |
| KOVITZ SHIFRIN NESBIT | Sec | 1,200.00 | 2,607.69 | 1,200.00 | 0.00 | 0.00 |
| KOVITZ SHIFRIN NESBIT | Uns | 0.00 | 0.00 | 1,407.69 | 0.00 | 0.00 |
| JP MORGAN CHASE NA | Sec | 13,224.48 | 9,250.00 | 9,250.00 | 755.12 | 392.38 |
| JP MORGAN CHASE NA | Uns | 0.00 | 4,085.08 | 4,085.08 | 0.00 | 0.00 |
| HEIGHTS FINANCE CORP | Uns | 2,525.06 | NA | NA | 0.00 | 0.00 |
| MIDWEST TITLE LOANS | Sec | 400.00 | NA | NA | 0.00 | 0.00 |
| PNC BANK NA | Sec | 44,085.55 | 52,946.98 | 52,946.98 | 0.00 | 0.00 |
| ADVOCATE GOOD SHEPHERD | Uns | 3,099.69 | NA | NA | 0.00 | 0.00 |
| AFFILIATED ENT PHYSICIANS | Uns | 31.05 | NA | NA | 0.00 | 0.00 |
| ALEXIAN BROTHERS MEDICAL | Uns | 1,164.00 | NA | NA | 0.00 | 0.00 |
| APOLLO HOSPITALIST GROUP LLC | Uns | 27.97 | NA | NA | 0.00 | 0.00 |
| AT&T MOBILITY II LLC % AT&T | Uns | 895.00 | 895.57 | 895.57 | 0.00 | 0.00 |
| AT&T MOBILITY II LLC % AT&T | Uns | 1,417.00 | 1,416.54 | 1,416.54 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 371.00 | 389.08 | 389.08 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 346.00 | 371.37 | 371.37 | 0.00 | 0.00 |
| CENTEGRA HOSPITAL | Uns | 3,500.00 | 6,836.22 | 6,836.22 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CENTEGRA HOSPITAL | Uns | 1,013.79 | 499.27 | 499.27 | 0.00 | 0.00 |
| COMCAST | Uns | 400.97 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Uns | 875.00 | NA | NA | 0.00 | 0.00 |
| CREDIT ONE BANK NA | Uns | 841.00 | NA | NA | 0.00 | 0.00 |
| DIAMOND AND LESUEUR PC | Uns | 3,454.00 | 3,494.69 | 3,494.69 | 0.00 | 0.00 |
| DISCOVER BANK | Uns | 1,500.00 | NA | NA | 0.00 | 0.00 |
| EQUITABLE SERVICES INC | Uns | 400.00 | NA | NA | 0.00 | 0.00 |
| MEA ELK GROVE LLC | Uns | 167.00 | NA | NA | 0.00 | 0.00 |
| NICL LABORATORIES | Uns | 38.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Uns | 650.00 | 397.33 | 397.33 | 0.00 | 0.00 |
| NORTHERN ILLINOIS MEDICAL | Uns | 20.80 | NA | NA | 0.00 | 0.00 |
| THE PAYDAY LOAN STORE | Uns | 185.00 | 177.79 | 177.79 | 0.00 | 0.00 |
| PROGRESSIVE LEASING | Uns | 295.00 | NA | NA | 0.00 | 0.00 |
| THE CASH STORE | Uns | 900.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Uns | 1,283.00 | 1,289.12 | 1,289.12 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP as agent | Uns | 600.00 | 557.17 | 557.17 | 0.00 | 0.00 |
| CITY OF MCHENRY WATER | Uns | 170.00 | NA | NA | 0.00 | 0.00 |

Summary of Disbursements to Creditors:

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 52,946.98 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 9,250.00 | $ 755.12 | $ 392.38 |
| All Other Secured | $ 1,200.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 63,396.98 | $ 755.12 | $ 392.38 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 21,816.92 | $ 0.00 | $ 0.00 |

Disbursements:

| | |
|---|---|
| Expenses of Administration | $ 3,006.86 |
| Disbursements to Creditors | $ 1,147.50 |
| **TOTAL DISBURSEMENTS:** | $ 4,154.36 |

UST Form 101-13-FR-S (9/1/2009)

12) The Trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the Trustee is responsible have been completed. The Trustee requests a final decree be entered that discharges the Trustee and grants such other relief as may be just and proper.

Date:  09/21/2017            By:  /s/ Lydia S. Meyer
                                  Trustee

**STATEMENT:**   This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)